**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROLAND PELLETIER,

       Plaintiff,

v.                                 Case No:   6:25-cv-1979-PGB-LHP

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant

---

**ORDER**
(And Direction to Clerk of Court)

This cause comes before the Court *sua sponte*.   On February 5, 2026, the Court entered an Order denying Plaintiff's motions to proceed *in forma pauperis* and directing refiling of same within twenty-one (21) days or payment of the filing fee by that date.   Doc. No. 16.   That deadline has passed, and Plaintiff has failed to comply.

Upon review of the docket, Court records reflect that the Clerk's office mailed the February 5, 2026 Order to Plaintiff's address reflected for the initial complaint, care of Osceola County Corrections, where Plaintiff was incarcerated.   *See* Doc. No. 1-3.   Court records also reflect that the February 5, 2026 Order was returned to the

Clerk's office, marked "Return to Sender" with a notation that "Inmate Released Unable to Forward."   Doc. No. 17.

However, in Plaintiff's amended complaint, filed on January 28, 2026, Plaintiff provides another address:

> Roland Pelletier c/o M. Martinez
> 400 Alma Dr.
> Brandon FL

Doc. No. 14, at 2.[1]   Plaintiff also states as follows:   "Post being detained at 402 Simpson Road where I am currently at mail can be sent to 400 Alma dr. Brandon FL in care of Michelle Martinez.   If that mailing address changes I will update the courts . . . ."   *Id.* at 6.

Therefore, and in abundance of caution, the Court will require the Clerk's office to resend the mail to the address provided in the amended complaint.

Accordingly, it is **ORDERED** that the Clerk's office is **DIRECTED** to forthwith mail a copy of this Order and the February 5, 2026 Order (Doc. No. 16) to the address reflected in the amended complaint:

> Roland Pelletier c/o M. Martinez
> 400 Alma Dr.
> Brandon, Florida 33510

---

[1] The Court has located the zip code for that address:   33510.

The Clerk is also **DIRECTED** to update Plaintiff's address on the Court docket with this new address.

Within **thirty (30) days** of the date of this Order, Plaintiff shall comply in full with the February 5, 2026 Order (Doc. No. 16).   **Failure to comply will result in a recommendation that this matter be dismissed without further notice.**   *See* **Fed. R. Civ. P. 16(f).**

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties